**(JS-6 ADMIN)**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUDOLPH,<br><br>                    Plaintiff,<br><br>    v.<br><br>HERC RENTALS, INC. ET AL.,<br><br>                    Defendants. | Case No. 2:20-cv-05412-SSS-Ex<br><br>**ORDER RE: JOINT STIPULATION TO STAY ALL PROCEEDINGS** |

Having read and considered the foregoing Joint Stipulation of the Parties and good cause appearing to issue an Order in accordance therewith, IT IS HEREBY ORDERED:

1.    This action is hereby stayed as to all proceedings pending the preliminary and final approval of the class action settlement in San Diego Superior Court in the matter *Hector Martin v. Herc Rentals, Inc*., Case No. 37-2020-00016112-CU-OE-CTL;

2.    All other pre-trial deadlines, including but not limited to fact and expert discovery cutoffs, the filing and hearing deadlines for any motion for summary

judgment/adjudication, motions *in limine*, and all pre-trial deadlines and hearings be vacated and/or stayed pending final approval of the global class action settlement;

     3.    The parties are **DIRECTED** to file a Joint Status Report within fifteen (15) days from the final approval of the global class action settlement, advising the Court of the status of this action; and

     4.    The Clerk is **DIRECTED** to close the case administratively.

**IT IS SO ORDERED.**

Dated: September 19, 2022

_____
SUNSHINE S. SYKES
United States District Judge

2